IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY ABBE, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:10-cv-1565 |
| SILVERLEAF DEBT SOLUTIONS, LLC and DEBT RX USA, LLC | § § § § | |
| Defendants. | § § § | Jury Demanded |

**DECLARATION IN SUPPORT OF ATTORNEY'S FEES**

1. My name is MEREDITH MATHEWS. I am over eighteen (18) years of age. I have never been convicted of a felony or crime of moral turpitude. I am of sound mind and I am competent to make this declaration. I have personal knowledge of the matters stated herein and they are true and correct.

2. I am the attorney of record for the Plaintiff, Randy Abbe, and the opt-in Plaintiff Brian Van Dusen (collectively "Plaintiffs").

3. I have advised and represented Plaintiffs in connection with the above-captioned action.

4. The services performed for or on behalf of Plaintiffs in this action involved conferences and interviews; depositions; attending hearings; drafting and preparation of pleadings, affidavits, exhibits and other documents; legal and factual research and legal and factual analysis of the issues involved in this case.

5. The total fees and expenses for the prosecution of the case are $41,197.50. The attorneys' fees total $40,847.50. The fees include 74.23 hours of attorney work at

the rate $275.00 per hour, 37.67 hours of attorney work at the rate of $475.00 per hour and 16.94 hours of paralegal work at the rate of $150.00. The total costs in the case are $350.00.

6. The fees charged are those customarily charged in this area for the same or similar services by an attorney with my experience, reputation, and ability, considering the nature of the controversy.

7. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Meredith Mathews*
**MEREDITH MATHEWS**

Executed on this the 20th day of July, 2012.